## Case No. 11,868.

### The RIVER QUEEN.

[Cited in Endner v. Greco, 3 Fed. 413. Nowhere reported; opinion not now accessible.]